TRAVIS P. BRENNAN, State Bar No. 238119
  tbrennan@stradlinglaw.com
AHMAD S. TAKOUCHE, State Bar No. 322911
  atakouche@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100

Attorneys for Plaintiff
GLOBAL MARKETING RESOURCES LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL MARKETING RESOURCES LLC, a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NITIN BAJAJ, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　Defendant. | CASE NO. 8:25-cv-01533-JWH-JDE<br><br>**PLAINTIFF GLOBAL MARKETING RESOURCES LLC'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAIN DEFENDANT NITIN BAJAJ**<br><br>Complaint Filed:　July 14, 2025<br>Am. Compl. Filed:　September 29, 2025 |

Plaintiff, GLOBAL MARKETING RESOURCES LLC ("GMR" or "Plaintiff"), by counsel, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby requests entry of default against Defendant NITIN BAJAJ ("Defendant"). In support thereof, GMR states as follows:

1. On July 14, 2025, GMR filed its Complaint for Violation of Computer Fraud and Abuse Act, Violation of Cal. Penal Code §502(e), and Conversion ("Complaint") in the above-captioned matter against Defendant. (ECF No. 1.)

2. On July 28, 2025, service was waived by Defendant pursuant to a Waiver of Service of Summons. (Declaration of Ahmad Takouche in Support of Plaintiff Global Marketing Resources LLC's Request for Clerk's Entry of Default Against Defendants ("Takouche Decl."), ¶ 2, Ex. 1.)

3. On September 6, 2025, Defendant filed his Motion to Dismiss and Strike (the "Motion") in this matter (ECF No. 11).

4. On September 29, 2025, GMR filed its First Amended Complaint for Violation of Computer Fraud and Abuse Act, 18 U.S.C. §1030, Et Seq., Violation of Cal. Penal Code §502(e), and Conversion ("FAC") against Defendant. (ECF No. 14). Defendant was served with the FAC by CM/ECF, and by email. (*Id.* at Certificate of Service.) (Takouche Decl., ¶ 3.)

5. On October 15, 2025, the Court denied the Motion as moot in light of the FAC. (ECF No. 16.)

6. More than twenty-one (21) days has elapsed since Defendant was served with the FAC, and Defendant failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. (Takouche Decl., ¶ 3.)

7. Defendant is neither a minor nor an incompetent person. (Takouche Decl., ¶ 4.)

8. GMR is not aware of any counsel representing defendant in this action. (Takouche Decl., ¶ 5.)

9. Pursuant to Fed. R. Civ. Pro. 55(a) and as set forth in the accompanying Declaration of Ahmad Takouche, GMR respectfully requests that the Clerk enter a default against the Defendant.

DATED: November 7, 2025

STRADLING YOCCA CARLSON & RAUTH LLP

By: */s/ Ahmad S. Takouche*
Travis P. Brennan
Ahmad S. Takouche
Attorneys for Plaintiff
GLOBAL MARKETING RESOURCES LLC

# CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Additionally, I caused a true and correct copy of **PLAINTIFF GLOBAL MARKETING RESOURCES LLC'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAIN DEFENDANT NITIN BAJAJ** to be served via electronic mail upon Defendant Nitin Bajaj at nitin@theindustryshow.org.

*/s/ Janet Struck*
Janet Struck